IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOSHUA ZUNIGA                                                               PETITIONER

v.                         CASE NO. 2:18-CV-00165 BSM

D. HENDRIX                                                                  RESPONDENT

## ORDER

After careful review of the record, the findings and recommendation [Doc. No. 13] submitted by United States Magistrate Judge Patricia S. Harris are adopted. Accordingly, petitioner Joshua Zuniga's motion for summary judgment [Doc. No. 9], which is construed as a motion for default judgment, is denied.

IT IS SO ORDERED this 5th day of March 2019.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE