# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**JOSHUA ZUNIGA**                                                    **PETITIONER**

**v.**                               **CASE NO. 2:18-CV-00165 BSM**

**D. HENDRIX**                                                       **RESPONDENT**

## ORDER

After *de novo* review of the record, including Joshua Zuniga's objections [Doc. No. 19], the findings and recommendation [Doc. No. 18] submitted by United States Magistrate Judge Patricia S. Harris are adopted. Accordingly, Zuniga's petition is dismissed, all requested relief is denied, and judgment is entered for Hendrix.

IT IS SO ORDERED this 23rd day of April 2019.

_____
UNITED STATES DISTRICT JUDGE